1  JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK C. ADAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS<br>COMPANY, etc., et al.,<br>        Defendants. | Case No. EDCV 08-1165-VAP<br>(FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: January 30, 2009

                                          VIRGINIA A. PHILLIPS
                                     United States District Judge